United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mauricio Galarza-Martinez,<br>Plaintiff,<br><br>v.<br><br>BP Exploration and Production Inc.<br>and BP America Production<br>Company, Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 19-24168-Civ-Scola<br>)<br>)<br>)<br>) |

### Order Granting Motion To Withdraw As Counsel

Gabriel Hawa and Nathan L. Nelson of The Downs Law Group, P.A. ask the Court for permission to withdraw from representing the Plaintiff in this matter because of "irreconcilable differences." (Mot. to Withdraw, ECF No. 43.) Withdrawal is permissive when the client insists upon taking an action with which the lawyer has a fundamental disagreement or that the lawyer considers imprudent. Pursuant to Rule 4-1.16(b) of the Florida Rules of Professional Conduct, an attorney may withdraw from representing a client if, after seeking and failing to find a mutually acceptable resolution of the disagreement, "the lawyer has a fundamental disagreement with the client, and the lawyer may withdraw from representation." Additionally, here, neither the Plaintiff nor opposing counsel object to counsel's withdrawal. Therefore, the Court **grants** plaintiff counsel's motion (**ECF No. 43**) and additionally orders as follows:

1. The Plaintiff must either (a) retain new counsel and have that counsel file a Notice of Appearance with the Court by **August 10, 2020**, or (b) file a notice with the Court by **August 10, 2020**, stating that he wishes to represent himself (i.e., proceed *pro se*). If the individual Plaintiff fails to do either (a) or (b) by that date, the Court will strike your pleadings and dismiss the case.

2. Any attorney filing an appearance on behalf of the Plaintiff shall be required to comply with all discovery requests and the deadlines set forth in the Court's scheduling order(s) in a timely fashion.

3. Until the Defendant retains counsel, all future filings, correspondence, and orders must be sent to the following address:
   Mauricio Galarza Martinez
   852 S.W. 13th Ave. Apt #3
   Miami, FL 33135

4. The Court **directs** the Clerk to update the docket to reflect the *pro se* status of the Defendant and to link the above address with the Defendant to ensure that the Clerk's Office will mail copies of future filings, correspondence, and orders to the Defendant.

**Done and ordered** at Miami, Florida on July 9, 2020.

_____
Robert N. Scola, Jr.
United States District Judge