United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mauricio Galarza-Martinez,<br>Plaintiff,<br><br>v.<br><br>BP Exploration and Production Inc.<br>and BP America Production<br>Company, Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 19-24168-Civ-Scola<br>)<br>)<br>)<br>) |

### Order to Show Cause

On July 9, 2020, the Court granted the Plaintiff's motion to withdraw as counsel. (ECF No. 46.) The Order provided the Plaintiff with 30 days (by August 10, 2020) to either (a) retain new counsel and have counsel file a notice of appearance or (b) file a notice with the Court that the Plaintiff wishes to represent himself. The Order further stated that "[i]f the individual Plaintiff fails to do either (a) or (b) by that date, the Court will strike your pleadings and dismiss the case." (*Id.*) To date, the Plaintiff has not complied with the Court's order.

Therefore, this Court **orders** the Plaintiff to comply with the Court's order or show cause for his failure to do so by **August 18, 2020**. Failure to comply with this order will result in the Court striking the Plaintiff's pleadings and dismissing the case. The Court further directs the **Clerk** to **mail** this order to the address listed below.

**Done and ordered** in chambers, at Miami, Florida, on August 12, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

Copies to:

Mauricio Galarza Martinez
852 S.W. 13th Ave. Apt #3
Miami, FL 33135